**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03315-CMA-CBS

CHARLES PYLES,

      Plaintiff,

v.

WAL-MART REAL ESTATE BUSINESS TRUST, and
WAL-MART STORES, INC.,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation to

Dismiss With Prejudice (Doc. # 10) signed by the attorneys for the parties hereto, it is

      ORDERED that the Complaint and cause of action are dismissed with prejudice,

each party to pay his or its own attorney fees and costs.

      DATED:  June __06__, 2013

                        BY THE COURT:

                        *Christine M Arguello*

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge